*amici curiae,* is granted. *Duane B. Beeson* on the motion. *Carl M. Gould* and *Stanley E. Tobin* for respondent in opposition to the motion.

No. 66, Misc. CRAWFORD *v.* STEVENS, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 367. UNITED STATES *v.* CONTINENTAL CAN Co. ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum* and *Melvin Spaeth* for the United States. *Helmer R. Johnson, Mark F. Hughes* and *Milton Handler* for appellees.

No. 368. SCHNEIDER *v.* RUSK, SECRETARY OF STATE. Appeal from the United States District Court for the District of Columbia. Probable jurisdiction noted. *Milton V. Freeman, Robert E. Herzstein, Horst Kurnik* and *Charles A. Reich* for appellant.

No. 617, Misc. COLEMAN *v.* ALABAMA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Alabama granted. Case transferred to the appellate docket. *Jack Greenberg* and *Orzell Billingsley, Jr.* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for respondent.